**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

-------------------------------------------------------- X

In re:

Luis M Valdez,

                                Debtor.

Chapter 13
Case No.: 19-47653-NHL
Judge: Hon. Nancy Hershey Lord

-------------------------------------------------------- X

## CREDITOR LOSS MITIGATION AFFIDAVIT

I, Phillip Raymond, being sworn, say:

I am not a party to this action, am over 18 years of age and reside in New York, NY.

On April 1, 2020, I caused ~~a true copy~~ of this *"Creditor Loss Mitigation Affidavit"* to be served upon the following parties via (first class mail, facsimile or email) at the following addresses: Pursuant to attached certificate of service.

Pursuant to that request, the Debtor must provide the following documents:

☒     A copy of the Debtor's two (2) most recent federal income tax returns;

☒     A copy of the Debtor's last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor;

Or, if Debtor is self-employed:

☒     A copy of the Debtor's business' two (2) most recent months' profit and loss statements, setting forth a breakdown of the monthly business income and expense;

☒     A copy of the mortgagee's completed financial worksheet;

☒     Proof of second/third party income by affidavit of the party, including the party's last two (2) paycheck stubs,

☐     Other (please specify): _____

Please be advised that the Creditor designates the following person to be its Loss Mitigation contact for the property located at 104-65 127th Street, South Richmond Hill, NY 11419:

    Name: Hollis Brownlee

    Title: Mediation Specialist

    Phone Number: 317-537-3376

    Fax Number: n/a

    Email Address: LossMitigation2@freedommortgage.com

Please be advised that the Creditor designates the following person to be its attorney for Loss Mitigation on this Loan.

    Name: Phillip A. Raymond, Esq.

    Firm: McCalla Raymer Leibert Pierce, LLC

    Phone Number: 347-286-7409

    Fax Number: 347-286-7414

    Email Address: NY_ECF_Notices@McCalla.com

Dated: New York, New York
       April 1, 2020

                                                     /s/ *Phillip Raymond*
                                                      Phillip Raymond, Esq.